**RECEIVED**
AUG 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, et al.<br><br>Defendant. | CASE NO. 11-CV-2607-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Brian A. Dietzel, whose business address and telephone number is Wilson, Sonsini, Goodrich & Rosati, 900 South Capital of Texas Hwy, Las Cimas IV, Fifth Floor, Austin, Texas 78746
Tel.: 512.338.5400; Fax: 512.338.5499

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Integrated Silicon Solution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 22, 2011

_____
United States District Judge