RECEIVED AUG 16 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN

Plaintiff,

v.

INTEL CORPORATION, et al.

Defendant.

CASE NO. 11-CV-2607-MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nicole W. Stafford, whose business address and telephone number is Wilson, Sonsini, Goodrich & Rosati, 900 South Capital of Texas Hwy, Las Cimas IV, Fifth Floor, Austin, Texas 78746
Tel.: 512.338.5400; Fax: 512.338.5499

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Integrated Silicon Solution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 22, 2011

_____
United States District Judge