UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RECEIVED 2011 AUG 17 P 3: 57

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, ELPIDA MEMORY, INC., EMERGING MEMORY AND LOGIC SOLUTIONS INC., FIDELIX CO., LTD., INTEGRATED SILICON SOLUTION, INC., and EON SILICON SOLUTIONS INC.<br><br>Defendants. | Civil Action No. 3:11-cv-02607-MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF THOMAS H. JENKINS TO APPEAR AS COUNSEL *PRO HAC VICE* |

Thomas H. Jenkins, whose business address is FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Ave., N.W., Washington D.C. 20001, Telephone: (202) 408-4000, Facsimile: (202) 408-4400, E-mail: tom.jenkins@finnegan.com, an active member in good standing of the bars of the United States District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit, and registered to practice before the United States Patent and Trademark Office, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Elpida Memory, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All further filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: August 23, 2011

*[signature]*
Maxine M. Chesney
United States District Judge