1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   JAMES B. GOODMAN,                    No. C-11-2607 MMC

12              Plaintiff,               **ORDER DIRECTING DEFENDANT TO
                                         LODGE CHAMBERS COPY IN**
13        v.                             **COMPLIANCE WITH GENERAL
                                         ORDER 45 AND THE COURT'S**
14   INTEL CORPORATION, et al.,          **STANDING ORDERS**

15              Defendants.

16   _____/

17

18        On September 9, 2011, defendant Intel Corporation ("Intel") electronically filed its

19   Answer to Plaintiff's Complaint for Patent Infringement and Counterclaims, and

20   accompanying Statement of Corporate Disclosure and Certificate of Interested Entities.

21   Intel has violated General Order 45 and the Court's standing orders, however, by failing to

22   deliver to the Clerk's Office "no later than noon on the business day following the day that

23   the papers are filed electronically, one paper copy of each document that is filed

24   electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

25   case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also

26   Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

27        Intel is hereby ORDERED to comply with General Order 45 and the Court's standing

28   orders by immediately submitting a chambers copy of the above-referenced documents.

     Intel is hereby advised that if it fails in the future to comply with the Court's order to provide

1   chambers copies of electronically-filed documents, the Court may impose sanctions,

2   including, but not limited to, striking from the record any electronically-filed document of

3   which a chambers copy has not been timely provided to the Court.

4

5       **IT IS SO ORDERED.**

6   Dated: September 16, 2011                    MAXINE M. CHESNEY
                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2