1  David Fink (pro hac vice)
   Fink & Johnson
2  7519 Apache Plume
   Houston, TX 77071
3  Tel. 713 729-4991
   Fax: 713 729-4981
4  texascowboy6@gmail.com

5
   Duncan M. McNeill
6  1514 Van Dyke Avenue
   San Francisco, CA 94124
7  415 752-5063 Telephone
   415 752-5063 Facsimile
8  dmcneill1@netzero.com
   Fed. Bar No. 136416
9
   Attorneys for the Plaintiff
10

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, | **Civil Action No. 3:11-CV-02607 MMC** |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS EMERGING MEMORY AND LOGIC SOLUTIONS INC., FIDELIS CO., LTD., AND EON SILICON SOLUTIONS INC.** |
| INTEL CORPORATION, | |
| ELPIDA MEMORY, INC., | |
| EMERGING MEMORY AND LOGIC SOLUTIONS INC., | |
| FIDELIX CO., LTD., | |
| INTEGRATED SILICON SOLUTION, INC., | |
| and | |
| EON SILICON SOLUTIONS INC. | |
| Defendants. | |

1  This is a Motion to dismiss without prejudice Defendants Emerging Memory and Logic
2  Solutions Inc., Fidelis Co., Ltd., and Eon Silicon Solutions Inc.
3  None of these Defendants has responded to the Complaint with an Answer or a Motion.
4  Furthermore, none of these Defendants has asked for addition time or had an attorney contact the
5  undersigned attorney. Hence, this Motion is appropriate under Fed. R. Civ. P. 41.

                    THE PLAINTIFF
                    JAMES B. GOODMAN

                    /s/ David Fink
                    David Fink

**PROPOSED ORDER**

The Court has considered the Motion to dismiss without prejudice Defendants Emerging Memory and Logic Solutions Inc., Fidelis Co., Ltd., and Eon Silicon Solutions Inc; and the Motion is Granted.

SO ORDERED

Dated: September 21, 2011

                    District Judge Maxine M. Chesney