UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN,                    CASE NO. **3:11-CV-02607 MMC**
                Plaintiff(s),

      v.                                   STIPULATION AND [~~PROPOSED~~]
                                           ORDER SELECTING ADR PROCESS
INTEL CORP. ET AL.
                Defendant(s).
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    X    Mediation (ADR L.R. 6)

    **Private Process:**
    ☐    Private ADR (*please identify process and provider*)   _____

The parties agree to hold the ADR session by:
    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: October 27, 2011                        /DF/ DAVID FINK
                                                  Attorney for Plaintiff

Dated: October 27, 2011                        /BG/ BARRY GRAHAM
                                                  Attorney for Defendant
                                                  ELPIDA MEMORY, INC.

Dated: October 27, 2011                        /S/ BRIAN A. DIEZEL
                                                  Attorney for Defendant
                                                  Integrated Silicon Solutions, Inc.

Dated: October 27, 2011                        /S/ JAMES VALENTINE
                                                  Attorney for Defendant
                                                  Intel Corp.

CONTINUE TO FOLLOWING PAGE

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation." Also, please be sure to complete the [Proposed] Order by checking the process to which the parties have stipulated, and indicating your <u>requested</u> deadline for the ADR session.

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- X Mediation
- ☐ Private ADR

Deadline for ADR session
- X 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: November 2, 2011

_____
UNITED STATES DISTRICT JUDGE