| | |
|---|---|
| David Fink (pro hac vice)<br>FINK & JOHNSON<br>7519 Apache Plume<br>Houston, TX 77071-2601<br>Telephone: 713-729-4991<br>Facsimile: 713-729-4951<br>Email: texascowboy6@gmail.com<br><br>Duncan M. McNeill (Cal. Bar No. 136416)<br>1514 Van Dyke Avenue<br>San Francisco, CA 94124<br>Telephone: 415-752-5063<br>Email: dmcneill@netzero.net<br><br>*Attorneys for Plaintiff and Counterclaim Defendant*<br>*James B. Goodman* | Erik R. Puknys; Bar No. 190926<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: 650-849-6600<br>Facsimile: 650-849-6666<br>Email: erik.puknys@finnegan.com<br><br>*Attorney for Defendant*<br>*Elpida Memory, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, ELPIDA MEMORY, INC., EMERGING MEMORY AND LOGIC SOLUTIONS INC., FIDELIX CO., LTD., INTEGRATED SILICON SOLUTION, INC., and EON SILICON SOLUTIONS INC.<br><br>    Defendants | Case No.: 3:11-CV-2607 MMC<br><br>~~**PROPOSED**~~ **ORDER FOR STIPULATED CONDITIONAL DISMISSAL AS TO ELPIDA MEMORY, INC.** |

The Court has considered the Stipulated Conditional Dismissal as to Elpida Memory, Inc. and Orders the following:

1.  This action as to Elpida is conditionally dismissed without prejudice for thirty (30) days from the date of this Order, and Goodman and Elpida will each bear its own fees and costs.

2. During the aforementioned thirty (30) day period, either Goodman or Elpida may request the Court to reopen the case as to Goodman and Elpida.

3. After the expiration of the aforementioned thirty (30) day period, if neither Goodman or Elpida has submitted a request to reopen to the Court, then this case shall be dismissed with prejudice, and Goodman and Elpida will each bear its own fees and costs.

IT IS SO ORDERED:

Date:  November 4, 2011

_____
Maxine M. Chesney
U.S. District Judge