David Fink (*Admitted Pro Hac Vice*)
FINK & JOHNSON
7519 Apache Plume
Houston, TX  77071
Telephone: (713) 729-4991
Facsimile:  (713) 729-4951

Attorney for Plaintiff
James B. Goodman


Erik R. Puknys (State Bar No. 190926)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorney for Defendant
Elpida Memory, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, | CASE NO. 3:11-CV-2607 MMC |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF CLAIMS AGAINST ELPIDA MEMORY, INC. WITH PREJUDICE** |
| v. | |
| INTEL CORPORATION ET AL. | |
| Defendants. | |

     Plaintiff James B. Goodman ("Goodman") and Defendant Elpida Memory Inc. ("Elpida") hereby stipulate, through their respective attorneys, that Goodman's claims against Elpida shall be and are dismissed with prejudice in their entirety.  Goodman and Elpida further stipulate that each party shall bear its own costs and attorneys' fees.

     By his signature below, David Fink certifies he has authority from Erik R. Puknys to file this pleading.

Dated: 12/20/2011

By: /s/ David Fink
David Fink
FINK & JOHNSON
Attorneys for Plaintiff
James B. Goodman

Dated: 12/20/2011

By: /s/ Erik R. Puknys
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Attorney for Defendant
Elpida Memory, Inc.

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: January 11, 2012

Honorable M. M. Chesney
UNITED STATES DISTRICT JUDGE