| | |
|---|---|
| David Fink (pro hac vice) | James F. Valentine, Bar No. 149269 |
| FINK & JOHNSON | PERKINS COIE LLP |
| 7519 Apache Plume | Christopher Kao, Bar No. 237716 |
| Houston, TX  77071-2601 | 3150 Porter Drive |
| Telephone: 713-729-4991 | Palo Alto, CA 94304-1212 |
| Facsimile: 713-729-4951 | Telephone: 650-838-4300 |
| Email: texascowboy6@gmail.com | Facsimile:  650-838-4350 |
| | Email: jvalentine@perkinscoie.com |
| Duncan M. McNeill (Cal. Bar No. 136416) | Email: ckao@perkinscoie.com |
| 1514 Van Dyke Avenue | |
| San Francisco, CA  94124 | *Attorneys for Defendant* |
| Telephone: 415-752-5063 | *Intel Corporation* |
| Email: dmcneill@netzero.net | |

*Attorneys for Plaintiff and Counterclaim Defendant*
*James B. Goodman*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES B. GOODMAN, | Case No.: 3:11-CV-2607 MMC |
| Plaintiff, | |
| vs. | **~~PROPOSED~~ ORDER FOR STIPULATED CONDITIONAL DISMISSAL AS TO INTEL CORPORATION** |
| INTEL CORPORATION, ELPIDA MEMORY, INC., EMERGING MEMORY AND LOGIC SOLUTIONS INC., FIDELIX CO., LTD., INTEGRATED SILICON SOLUTION, INC.,  and EON SILICON SOLUTIONS INC. | |
| Defendants | |

The Court has considered the Stipulated Conditional Dismissal as to Intel Corporation and Orders the following:

1. This action as to Intel is conditionally dismissed without prejudice for thirty (30) days from the date of this Order, and Goodman and Intel will each bear its own fees and costs.

2. During the aforementioned thirty (30) day period, either Goodman or Intel may request the Court to reopen the case as to Goodman and Intel.

3. After the expiration of the aforementioned thirty (30) day period, if neither Goodman or Intel has submitted a request to reopen to the Court, then this case shall be dismissed with prejudice, and Goodman and Intel will each bear their own fees and costs.
   ^ as to Intel

IT IS SO ORDERED:

Date: February 1, 2012

_____
Maxine M. Chesney
U.S. District Judge