1  Natalie J. Morgan (SBN 211143)
   nmorgan@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130
4  Tel: (858) 350-2300; Fax: (858) 350-2399

5  Nicole W. Stafford (*pro hac vice*)
   nstafford@wsgr.com
6  Brian A. Dietzel (*pro hac vice*)
   bdietzel@wsgr.com
7  WILSON SONSINI GOODRICH & ROSATI
8  900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
9  Tel: (512) 338-5400; Fax: (512) 338-5490

10 Attorneys for Defendant
11 INTEGRATED SILICON SOLUTION, INC.

12                    UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14
   JAMES B. GOODMAN,                      )  CIVIL ACTION NO.:  11-CV-2607-MMC
15         Plaintiff,                     )
           vs.                            )  **JOINT STIPULATION AND
16 INTEL CORPORATION,                     )  [PROPOSED] ORDER EXTENDING
   ELPIDA MEMORY, INC.,                   )  TIME FOR DEFENDANT ISSI TO
17 EMERGING MEMORY AND LOGIC              )  SERVE P.R. 3-3 INVALIDITY
   SOLUTIONS INC.,                        )  CONTENTIONS**
18 FIDELIX CO., LTD.,                     )
19 INTEGRATED SILICON SOLUTION, INC.,     )  JURY TRIAL DEMANDED
           and                            )
20 EON SILICON SOLUTIONS INC.,            )  Honorable Maxine M. Chesney
                                          )
21         Defendants.                    )

22

23       Pursuant to Civil L. R. 6-1(a), Defendant Integrated Silicon Solution, Inc. (ISSI) and James

24 B. Goodman ("Goodman") have stipulated to extend the time within which to serve its P.R. 3-3

25 Invalidity Contentions until March 8, 2012.

26       Defendant ISSI has requested, and Plaintiff Goodman has agreed to a one-week extension,

27 i.e., up to an including March 8, 2012, of Defendant ISSI's time to serve its P.R. 3-3 Invalidity

28
                                          1

Joint Stipulation and [PROPOSED] Order Extending Time
Case No. 11-CV-2607-MMC

1  Contentions. No other dates are hereby requested to be changed.

2     This is the first extension requested for this deadline. The extension does not seek modification

3  of any other dates and is not anticipated to materially impact the case schedule. This stipulation is

4  made in good faith and without any intent to cause delay or prejudice. The parties to this

5  proceeding therefore request that the Honorable Court reset the above-mentioned deadline for good

6  cause shown herein.

7

8                                    Respectfully submitted,

9  Dated:  March 6, 2012                  WILSON SONSINI GOODRICH & ROSATI

10                                   Professional Corporation

11

12                                 By: */s/ Brian A. Dietzel*
                                    Brian A. Dietzel

13                                 Attorneys for Defendant

14                                 INTEGRATED SILICON SOLUTION, INC.

15

16                                 FINK & JOHNSON

17

18                                 By: */s/ David Fink*
                                    David Fink

19                                 Attorneys for Plaintiff

20                                 JAMES B. GOODMAN

21

22

23                     **ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

24    I, Brian A. Dietzel, hereby attest that concurrences in the filing of this document have

25 been obtained from each of the signatories.

26

27 Dated:  March 6, 2012                By:  /s/ Brian A. Dietzel
                                    Brian A. Dietzel

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2012

_____
**UNITED STATES DISTRICT JUDGE
MAXINE M. CHESNEY**

3

Joint Stipulation and [PROPOSED] Order Extending Time
Case No. 11-CV-2607-MMC