1

2   David Fink (*Admitted Pro Hac Vice*)
    FINK & JOHNSON
3   7519 Apache Plume
    Houston, TX  77071
4   Telephone: (713) 729-4991
    Facsimile:  (713) 729-4951
5

6   Attorney for Plaintiff
    James B. Goodman

7   James F. Valentine, Esq.
    Christopher Kao, Esq.
8   Perkins Coie LLP
    3150 Porter Drive
9   Palo Alto, CA 94304-1212
    Telephone: (650) 838-4300
10  Facsimile:  (650) 838-4350

11  Attorneys for Defendant and Counterclaim-Plaintiff
    Intel Corporation
12

13

14                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
15

16  | JAMES B. GOODMAN, | CASE NO. 11-CV-2607 MMC |
    |---|---|
    | Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF CLAIMS AGAINST INTEL CORPORATION WITH PREJUDICE** |
    | v. | |
    | INTEL CORPORATON ET AL. | |
    | Defendants. | |

22          Plaintiff James B. Goodman ("Goodman") and Defendant Intel Corporation

23  ("Intel") hereby stipulate, through their respective attorneys, that Goodman's claims

24  against Intel shall be and are dismissed with prejudice in their entirety.  Goodman and

25  Intel further stipulate that each aforementioned party shall bear its own costs and

26  attorneys' fees.

27

28

                                        Page 1

By his signature below, David Fink certifies he has authority from James F. Valentine to file this pleading.

Dated: March 7, 2012

                                  By: /s/ David Fink
                                       David Fink, Esq.
                                       FINK & JOHNSON
                                       Attorneys for Plaintiff
                                       James B. Goodman

Dated: March 7, 2012

                                By: /s/ James F. Valentine
                                    James F. Valentine, Esq.
                                    Christopher Kao, Esq.
                                    Perkins Coie LLP
                                    Attorneys for Defendant and
                                    Counterclaim-Plaintiff Intel
                                    Corporation

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated: March 12, 2012

Honorable M. M. Chesney
UNITED STATES DISTRICT JUDGE