Natalie J. Morgan (SBN 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
Tel: (858) 350-2300; Fax: (858) 350-2399

Nicole W. Stafford (*pro hac vice*)
nstafford@wsgr.com
Brian A. Dietzel (*pro hac vice*)
bdietzel@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Tel: (512) 338-5400; Fax: (512) 338-5490

Attorneys for Defendant
INTEGRATED SILICON SOLUTION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br>     Plaintiff,<br>  vs.<br>INTEL CORPORATION,<br>ELPIDA MEMORY, INC.,<br>EMERGING MEMORY AND LOGIC<br>SOLUTIONS INC.,<br>FIDELIX CO., LTD.,<br>INTEGRATED SILICON SOLUTION, INC.,<br>  and<br>EON SILICON SOLUTIONS INC.,<br>     Defendants. | CIVIL ACTION NO.:  11-CV-2607-MMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT L.R. 4-2**<br><br>JURY TRIAL DEMANDED<br><br>Honorable Maxine M. Chesney |

Pursuant to Civil L.R. 6-1(a), Defendant Integrated Silicon Solution, Inc. (ISSI) and Plaintiff James B. Goodman ("Goodman") have agreed and stipulated to a ten-day extension of time, i.e., up to and including April 16, 2012, to exchange preliminary claim constructions and extrinsic evidence pursuant to Patent L.R. 4-2. No other dates are hereby requested to be changed.

This is the first extension requested for this deadline. The extension does not seek modification of any other dates and is not anticipated to materially impact the case schedule. This stipulation is made in good faith and without any intent to cause delay or prejudice. The parties to this proceeding therefore request that the Honorable Court reset the above-mentioned deadline for good cause shown herein.

Respectfully submitted,

Dated: March 24, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian A. Dietzel
    Brian A. Dietzel

Attorneys for Defendant
INTEGRATED SILICON SOLUTION, INC.

FINK & JOHNSON

By: /s/ David Fink
    David Fink

Attorneys for Plaintiff
JAMES B. GOODMAN

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Brian A. Dietzel, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: March 24, 2012        By: /s/ Brian A. Dietzel
                                 Brian A. Dietzel

2

Joint Stipulation and [PROPOSED] Order Extending Time
Case No. 11-CV-2607-MMC

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 Dated: March 26, 2012

_____
**UNITED STATES DISTRICT JUDGE
MAXINE M. CHESNEY**

Joint Stipulation and [PROPOSED] Order Extending Time
Case No. 11-CV-2607-MMC