IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, | No. C-11-2607 MMC |
| Plaintiff, | **ORDER VACATING CLAIM CONSTRUCTION HEARING** |
| v. | |
| INTEL CORPORATION, et al., | |
| Defendants. | |

The Court is in receipt of plaintiff's Claim Construction Brief, filed June 15, 2012, in which plaintiff states there are no disputed terms requiring claim construction. No response has been filed thereto.

Accordingly, the Court hereby VACATES the tutorial and claim construction hearing scheduled for August 14, 2012.

**IT IS SO ORDERED.**

Dated: July 6, 2012

MAXINE M. CHESNEY
United States District Judge