IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN, | No. C-11-2607 MMC |
| Plaintiff, | **ORDER AFFORDING PLAINTIFF LEAVE TO FILE DECLARATION** |
| v. | |
| INTEL CORPORATION, et al., | |
| Defendants. | |

Before the Court is defendant Integrated Silicon Solution, Inc.'s ("ISSI") Administrative Motion to File Documents Under Seal, filed July 9, 2012, by which ISSI seeks leave to file under seal certain documents that refer to or describe materials designated as "Attorney['s] Eyes Only" by plaintiff James B. Goodman ("Goodman").

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Goodman has not filed a responsive declaration within the requisite time. Although Goodman filed, on July 10, 2012, a document titled "Opposition to [ISSI's] Administrative Motion to File Documents Under Seal," the opposition addresses the merits of ISSI's Motion for Leave to File an Amended Answer and does not address the sealability of any of the above-referenced documents.

Accordingly, Goodman is hereby afforded leave to file, no later than July 20, 2012, a declaration identifying which of the documents he has designated as confidential and to provide an explanation for such designation, specifically, an explanation sufficient to support a finding that such documents, in their entirety or in part, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law." See Civil L.R. 79-5(a). In the absence of such showing, the Court will order the documents filed in the public record.

**IT IS SO ORDERED.**

Dated: July 18, 2012

MAXINE M. CHESNEY
United States District Judge