| | |
|---|---|
| David Fink (*Admitted Pro Hac Vice*)<br>FINK & JOHNSON<br>7519 Apache Plume<br>Houston, TX  77071<br>Telephone: (713) 729-4991<br>Facsimile:  (713) 729-4951<br><br>Attorney for Plaintiff<br>James B. Goodman | Natalie J. Morgan (SBN 211143)<br>nmorgan@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel: (858) 350-2300; Fax: (858) 350-2399<br><br>Nicole W. Stafford (*pro hac vice*)<br>nstafford@wsgr.com<br>Brian A. Dietzel (*pro hac vice*)<br>bdietzel@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Tel: (512) 338-5400; Fax: (512) 338-5490<br><br>Attorneys for Defendant<br>INTEGRATED SILICON SOLUTION, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION ET AL.<br><br>　　　　　Defendants. | CASE NO. 11-CV-2607 MMC<br><br>**DISMISSAL OF ALL CLAIMS AGAINST INTEGRATED SILICON SOLUTION, INC. WITH PREJUDICE, AND ~~PROPOSED~~ ORDER** |

Plaintiff James B. Goodman ("Goodman") and Defendant Integrated Silicon Solution, Inc. ("ISSI"), through their respective attorneys, hereby file this Stipulated Dismissal with prejudice as to ISSI.

Plaintiff Goodman and Defendant ISSI hereby stipulate, through their respective attorneys, that Goodman's claims against ISSI shall be and are dismissed with prejudice

Page 1

in their entirety.  Goodman and ISSI further stipulate that each party shall bear its own costs and attorneys' fees.

By his signature below, David Fink certifies he has authority from Brian A. Dietzel to file this pleading.

Dated: July 20, 2012

>By:  /s/ David Fink
>David Fink
>FINK & JOHNSON
>Attorney for Plaintiff
>James B. Goodman

Dated: July 20, 2012

>By/s/ Brian A. Dietzel
>Brian A. Dietzel (*pro hac vice*)
>bdietzel@wsgr.com
>WILSON SONSINI GOODRICH & ROSATI
>Attorney for Integrated Silicon Solutions Inc.

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated: July 25, 2012                              /s/ Maxine M. Chesney
Honorable M. M. Chesney
UNITED STATES DISTRICT JUDGE